UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAYAL BISWAS<br><br>*Plaintiff*<br><br>v.<br><br>WAMU INVESTMENTS, INC., ET AL.<br><br>*Defendants* | §§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:08-cv-03284<br><br>JURY |

## ORDER TO DISMISS CLAIMS AGAINST WAMU INVESTMENTS, INC. WITH PREJUDICE

Pending before the Court is Dayal Biswas' Motion to Dismiss Claims Against WaMu Investments, Inc. ("Motion"). Having considered the Motion, the Court is of the opinion that Motion is meritorious. Therefore, it is:

ORDERED that the Motion is hereby GRANTED.

The Court further ORDERS that the all claims and causes of action Dayal Biswas asserted against WaMu Investments, Inc. are hereby dismissed with prejudice. Costs of court shall be charged to the parties incurring same. All claims and causes of action Dayal Biswas asserts against the remaining defendants, with the exception of claims against A&O Life Fund 5.1, L.L.C., A&O Bonded Life Settlements, L.L.C., A&O Life Funds, L.P. and A&O Life Fund Management, L.L.C. are still pending.

SIGNED this 22nd day of December, 2009

_____
PRESIDING JUDGE